AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
March 19, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: __Erika Gonzalez__
DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Basel Bassel EBBADI | ) | Case No. **EP-24-M-1162-RFC** |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __March 09, 2024__ in the county of __El Paso__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1325(a)(1) | being an alien to the United States, knowingly enter and attempt to enter the United States at a time and place other than as designated by immigration officers. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

**Complaint sworn to telephonically on** __March 19, 2024__ **at** __08:18 AM__ **and signed electronically. FED.R.CRIM.P. 4.1(b)(2)(A)**

~~Sworn to before me and signed in my presence.~~

Date: __03/19/2024__

City and state: __El Paso, Texas__

*Complainant's signature*
Jose L. Benitez-Medina, Border Patrol Agent
*Printed name and title*

*Judge's signature*
Robert F. Castaneda  U.S. Magistrate Judge
*Printed name and title*

Affidavit

The DEFENDANT, Basel Bassel, EBBADI an alien to the United States and a citizen of Lebanon, illegally entered the United States from the Republic of Mexico on March 09, 2024, by crossing the Rio Grande River approximately 4.02 mile west of the Bridge of The Americas Port of Entry in El Paso, Texas, in the Western District of Texas. The place where the DEFENDANT entered is not designated as a port of entry by immigration officers.

The DEFENDANT was detained on an administrative immigration violation by United States Border Patrol Agents on March 09, 2024, and transferred to the El Paso Hardened Facility (EHF) for detention and processing. Due to the mass influx of immigrants in detention, on March 18, 2024, the DEFENDANT was determined to be amenable to 8 USC 1325, entry without inspection at a time or place other than a designated port of entry. In a post Miranda statement the DEFENDANT admitted to being an a member of the Hizballah Terrorist group. The DEFENDANT stated that he endured seven (7) years of training and was an active member for four (4) additional years. The DEFENDANT admitted that he had received training on religion and was taught to kill people who were not Muslim. At the station, while under going a medical evaluation, the DEFENDANT stated that "he was here to make a bomb". The DEFENDANT was referred to El Paso Sectors Human Intelligence Unit for further questioning.

On October 8, 1997, the United States Secretary of State designated Hizballah as a Foreign Terrorist Organization ("FTO") under Section 219 of the Immigration and Nationality Act. The designation included the following aliases: Party of God, Islamic Jihad, Islamic Jihad Organization, Revolutionary Justice Organization, Organization of the Oppressed on Earth, Islamic Jihad for the Liberation of Palestine, Organization of Right Against Wrong, Ansar Allah, and Followers of the Prophet Muhammad.

On May 16, 2017, the Secretary of State amended the designation of Hizballah to include the following aliases: Lebanese Hizballah, also known as Lebanese Hezbollah, also known as LH; Foreign Relations Department, also known as FRD; and External Security Organization, also known as ESO, also known as Foreign Action Unit, also known as Hizballah ESO, also known as Hizballah International, also known as Special Operations Branch, also known as External Services Organization, also known as External Security Organization of Hezbollah. To date, Hizballah remains a designated FTO.