AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
March 20, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: __Erika Gonzalez__
DEPUTY

| United States of America | ) |
|---|---|
| v. | ) |
| Basel Bassel EBBADI | ) Case No. **EP-24-M-1162-RFC** |
| Defendant(s) | ) |

## AMENDED CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **March 09, 2024** in the county of **El Paso** in the **Western** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1325(a)(1) | being an alien to the United States, knowingly enter and attempt to enter the United States at a time and place other than as designated by immigration officers. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_Complainant's signature_
Jose L. Benitez-Medina, Border Patrol Agent
_Printed name and title_

Complaint sworn to telephonically on __March 20, 2024__ at __09:57 AM__ and signed electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**
~~Sworn to before me and signed in my presence.~~

Date: 03/20/2024

_Judge's signature_

City and state: El Paso, Texas

Robert F. Castaneda, U.S. Magistrate Judge
_Printed name and title_

The DEFENDANT, Bassel Bassel EBBADI, an alien to the United States and a citizen of Lebanon, illegally entered the United States from the Republic of Mexico on March 09, 2024, by crossing the Rio Grande River approximately 4.02 mile west of the Bridge of The Americas Port of Entry in El Paso, Texas, in the Western District of Texas. The place where the DEFENDANT entered is not designated as a port of entry by immigration officers.

The DEFENDANT was detained on an administrative immigration violation by United States Border Patrol Agents on March 09, 2024, and transferred to the El Paso Hardened Facility (EHF) for detention and processing. During processing, the DEFENDANT claimed to be a member of Hizballah.[1] In addition, during a medical evaluation, the DEFENDANT also claimed that "he was here to make a bomb."

During a subsequent interview and after waiving his Miranda rights, the DEFENDANT claimed that: he went through the Hizballah recruiting process at the age of seven (7); he received seven (7) years of training with Hizballah and was an active member of Hizballah for four (4) additional years; and that he had received training on religion and was taught to kill people who were not Muslim. When confronted about his comment that he was "here to make a bomb," the DEFENDANT advised that he was only joking.

---

[1] Hizballah is designated by the United States as a foreign terrorist organization.