**United States District Court**
Western District of Texas
El Paso Division

FILED
Apr 16 2024
Clerk, U.S. District Court
Western District of Texas

By: _____*MVM*_____
Deputy

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| vs. § | **Case Number: EP:24-M -01162(1)RFC** |
| § | |
| **(1) BASEL BASSEL EBBADI** § | |
| § | |
| *Defendant* | |

## ORDER SETTING STATUS/ PLEA AND SENTENCE

    IT IS HEREBY ORDERED that the above entitled and numbered case is set for STATUS/ PLEA AND SENTENCE in Magistrate Courtroom, Room 612, on the 6th Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, TX, on:

**Friday, April 26, 2024 at 10:00 AM**

    IT IS FURTHER ORDERED that the Clerk of the Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office, and any surety or custodian, if applicable. Further, counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

    In accordance with Federal Rule of Criminal Procedure 5(f), as amended by the Due Process Protections Act, Pub. L. No. 116-182, 134 Stat. 894 (Oct. 21, 2020), the Government is hereby notified of and ordered to comply with (1) the prosecutor's disclosure obligations under *Brady v. Maryland,* 373 U.S. 83 (1963), and its progeny, and (2) the possible consequences of violating this Order, which may include sanctions such as delay of trial or other proceedings, the exclusion of evidence, the giving of adverse jury instructions, the grant of new trial, the dismissal of an action, or finding in contempt.

IT IS SO ORDERED this **16th day of April, 2024.**

_____
ROBERT F. CASTAÑEDA
UNITED STATES MAGISTRATE JUDGE