(W.D.T.X. Ref: 245H)(Rev. 01/05) - Judgement in a Criminal Case for a Petty Offense (Short Form)

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

FILED
Apr 26 2024
Clerk, U.S. District Court
Western District of Texas

By: _____
Deputy

**UNITED STATES OF AMERICA**

vs.

**(1) BASEL BASSEL EBBADI**

Defendant.

§
§ CASE NUMBER: EP:24-M -01162(1)
§
§
§

## JUDGMENT IN A CRIMINAL CASE
### (For A Petty Offense) - Short Form

The defendant, Basel Bassell Ebbadi, was represented by counsel, Damian Ryan George Rasmussen.

The defendant pled guilty to the complaint on April 26, 2024. Accordingly, the defendant is adjudged guilty of the following offense(s):

| **Title & Section** | **Nature of Offense** | **Date of Offense** |
|---|---|---|
| 8:1325(a)(1) | IMPROPER ENTRY BY AN ALIEN | March 9, 2024 |

As pronounced on April 26, 2024, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of **five (5) months with credit for time already served**. The defendant shall remain in custody pending service of sentence.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because of reasonable efforts to collect this assessment are not likely to be effective.

Signed on this the 26th day of April, 2024.

ROBERT F. CASTANEDA
UNITED STATES MAGISTRATE JUDGE